**906**

■ BUDGET CREDIT, INC., Respondent, v. WALTER WEST et al., Appellants, et al., Defendants. BUDGET CREDIT, INC., Respondent, v. AUDREY WEST et al., Appellants, et al., Defendant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ EMMA CLARK, as Administratrix of the Estate of PAUL G. CLARK, Deceased, Respondent, v. FIFTY SEVEN MADISON CORPORATION et al., Defendants, and SEDGWICK MACHINE WORKS, INC., Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ ERNEST EVASCHUK, Appellant, v. HOWARD L. AVERACK, Respondent.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ ARTHUR L. FEINSTEIN et al., Doing Business under the Name of CAPITAL FUNDING COMPANY, a Copartnership, Respondents, v. COLLEGE POINT COUNTRY CLUB, INC., et al., Defendants, and ANTHONY FONTECCHIO, Appellant. JOSEPH L. BEHAN et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ GULEST ASSOCIATES, INC., Respondent, v. TOWN OF NEWBURGH et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of LILLIAN SCHWED et al., Respondents, v. JOSEPH J. EINHORN, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ CASSANDRA K. LA RUEA, Respondent, v. GENERAL SPORTSWEAR CO., INC., et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.